UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRUIT

NEW MARKET REALTY 1L, LLC,

   *Appellant,*

v.                                   Appeal No.: 23-10067

GREAT LAKES INSURANCE SE,

   *Appellee.*

_____/

## APPELLANT'S MOTION TO DISMISS

Appellant, NEW MARKET REALTY 1L, LLC, hereby moves this Court for a Dismissal, and states:

1. Appellant moves to dismiss this appeal as to all matters raised in this appeal with each party to bear its own costs and attorney's fees.

2. Undersigned counsel has contacted Appellee's counsel and been informed that Appellee has no objection to the relief sought in this Motion.

      Respectfully submitted,

                              By:   **/s/ *Hans Peter Haahr***
                                     HANS PETER B. HAAHR, ESQ.
                                     Florida Bar No. 568457
                                     primary Email: hans@hhlegal.com
                                     *Attorney for Appellant*

HAAHR LAW GROUP, PL  
4159 Central Avenue  
St. Petersburg, FL 33713  
Telephone: (727) 896-7777  
Fax: (727) 896-3999  

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT ("CIP")

Pursuant to Eleventh Circuit Rule 26.1-1, I hereby certify that the following named persons are parties interested in the outcome of this case:

Great Lakes Insurance SE – Defendant/Counterclaim Plaintiff/Appellee
New Market Realty 1L, LLC. – Plaintiff/Counterclaim Defendant/Appellant.
Bucklew, Hon. Susan C. – U.S. District Court Judge
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC – Attorneys for Appellee
Levin, David B. – Attorney for Appellee
Fernandez, Brian W. – Attorney for Appellee
Docheva, Desislava – Attorney for Appellee
Haahr Law Group, PL – Attorneys for Appellant
Haahr, Hans Peter – Attorney for Appellant
Latimore, Keisha C. - Authorized Member of Appellant, New Market Realty 1L, LLC
Lovett, Joseph – Registered Agent and Authorized Member of Appellant, New Market Realty 1L, LLC

## CERTIFICATE OF COMPLIANCE

This motion complies with the length limit as it is less than 5,200 words per requirements of Fed. R. App. P. 27(d)(2)(B)(A). This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and type-style requirements of 32(a)(6) because the motion has been prepared in a proportionally monospaced typeface using Microsoft Office Word in 14-point Times New Roman.

<i>/s/ Hans Peter Haahr</i>  
HANS PETER B. HAAHR, ESQ.  
March 27, 2023  

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2023, I electronically filed the foregoing Civil Appeal Statement with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                        ***/s/ Hans Peter Haahr***
                                        HANS PETER B. HAAHR, ESQ.
                                        Florida Bar No. 568457
                                        primary Email: hans@hhlegal.com
                                        *Attorney for Appellant*

                                        HAAHR LAW GROUP, PL
                                        4159 Central Avenue
                                        St. Petersburg, FL 33713
                                        Telephone: (727) 896-7777
                                        Fax: (727) 896-3999